# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

       Plaintiff,

   v.                    CASE NO.  25-10136-EFM

CHARLES E. COLBERT, JR.,

       Defendant.

## UNITED STATES' NOTICE OF ANTICIPATED EXPERT WITNESS TESTIMONY

The United States, by and through undersigned counsel, provides the following supplemental notice of expert testimony, pursuant to Federal Rules of Criminal Procedure 16(a)(1)(E) and (G) and Fed. R. Evid. 702, 703, and 705, which the government intends to present in its case-in-chief at trial. The United States respectfully reserves the right to offer additional testimony by these experts, or other expert witness(es), and for the experts to amend or adjust their opinion and bases for those opinions due to information made known to the experts before or during trial.

Notwithstanding the foregoing, the United States respectfully reserves its right to supplement this Notice with any additional expert witnesses that, although unknown and hence unidentified at this time, may later become essential to its case in chief if and when additional facts not presently known come to light.

The government requests full disclosure of all information required pursuant to Federal Rules of Criminal Procedure 16(b) no later than ten days from the filing of this notice.

### Expert Witnesses

1.    **Lana J. Goodson, Forensic Chemist, Sedgwick County Regional Forensic Science Center**

The United States intends to call Lana J. Goodson, Forensic Chemist with the Sedgwick County Regional Forensic Science Center as an expert witness at trial regarding drug testing and identification. Ms. Goodson will testify regarding any and all laboratory accreditations as well as her training and any applicable certifications she may hold in her field of expertise. Specifically, Ms. Goodson will testify regarding how the substance tested was identified and the techniques and industry standard used in controlled substance identification in addition to all findings laid out in her lab report, provided in discovery and attached hereto and incorporated herein as Attachment A.

a.    **Opinion:**    At trial, Ms. Goodson will provide general background information regarding the techniques involved in controlled substance identification and will discuss, for example, the various tests utilized such as the Cobalt (II) Thicocyanate Color Test and Gas Chromatography/Mass Spectrometry. She will testify as to how each

test is preformed, what she looks for and what the ultimate result of each test was in this matter. Ms. Goodson will explain the processes involved in weight determination and how they were employed in her examination of the substances at issue in this case.

Ms. Goodson will testify that the result of her examination indicates that the off-white, pressed powder substance in lab item 15 provided for examination was identified as a substance containing a detectable amount of Fentanyl with a net weight of approximately 997.53 grams. Ms. Goodson will testify that the result of her examination indicates that the off-white powder and pressed powder pieces in lab item 16 provided for examination was identified as a substance containing a detectable amount of Fentanyl with a net weight of approximately 726.19 grams.

**b.    Basis and Reasons for the Opinion:**  Ms. Goodson's opinions have been formulated from a combination of her professional experience and training. Ms. Goodson's expert report, provided to the parties through discovery and attached to this disclosure and incorporated herein also contains the basis for her opinions. The report is signed by Ms. Goodson and contains "all the opinions and the bases and reasons for them required by [Fed.R.Crim.P. 16(a)(1)(G)] (iii)." As such, the government asserts that Ms. Goodson is not required to sign this notice pursuant to Fed.R.Crim.P. 16(a)(1)(G)(v).

**c.    Qualifications/ Previous Publications:**  Ms. Goodson's qualifications and prior publications are listed out in her CV which are attached to this disclosure and incorporated herein as Attachment B.

3

**d.**    **Prior Expert Testimony**: Ms. Goodson has testified as an expert previously and those matters are listed out in a document and attached to this disclosure and incorporated herein as Attachment C.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

s/ Katherine J. Andrusak
KATHERINE J. ANDRUSAK
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
K.S.Ct.No. 25961
E-mail: katie.andrusak@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ Katherine J. Andrusak
KATHERINE J. ANDRUSAK,
Assistant United States Attorney

4