# ATTACHMENT A



# REGIONAL FORENSIC SCIENCE CENTER

1109 N. Minneapolis Street Wichita, KS 67214-3129 • Phone (316) 660-4800 • Fax (316) 383-4535

## Drug ID
## Laboratory Report

| | | | |
|---|---|---|---|
| **Agency Case #:** | 25-22109; 25C056136; 25C057987; 25C063403 | **Laboratory Case #:** | 25-00590 #7 |
| | | **Report Date:** | November 24, 2025 |
| **Agency:** | Bureau of Alcohol, Tobacco, Firearms and Explosives | **Reported by:** | Lana J. Goodson |
| | 301 N. Main St #225 | **Record #:** | 7.0 |
| | Wichita, KS  67202 | **Lab Activity Dates:** | 11/20/2025 to 11/24/2025 |
| | | **Subject Name(s):** | Charles Colbert |
| **Requester(s):** | Reel, Vincent | | |

The report author ensures the validity of the conclusions, opinions, and/or interpretations contained within this report. All results relate only to the items that were tested and apply to the item as it was received, except when otherwise indicated.

## EVIDENCE DESCRIPTION

The following was submitted by Vincent Reel on November 20, 2025:

Container W - Adhesive/Tape-Sealed Plastic Bag Containing:  Adhesive-Sealed Plastic Bag Containing White Powder Brick
  Item 15

Container X - Adhesive-Sealed Plastic Bag Containing:  Yellow Plastic Bag Containing White Powder Brick(s)
  Item 16

## EVIDENCE SUMMARY

Item 15 - An off-white, pressed powder substance.
Item 16 - An off-white powder and pressed powder pieces.

## METHODOLOGY

Weight Determination
Color Test(s)
Gas Chromatography-Mass Spectrometry [GC-MS]

## RESULTS

Item 15 - Xylazine - Not controlled.
        Fentanyl.
        Lidocaine - Not controlled.
        N-(x-methylphenyl)-N-(1-phenethylpiperidin-4-yl)propionamide [Methylfentanyl].  Isomer not determined (ID by literary reference).
            Net weight = 997.53 grams.

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**

| | **Laboratory Report** | |
|---|---|---|
| Drug ID | **Report Date: November 24, 2025** | **Laboratory Case #:** 25-00590 # 7 |

Item 16 - 4-anilino-N-phenethylpiperidine [ANPP].

      Fentanyl.

            Net weight = 726.19 grams.

**REMARKS**

All exhibits, unless otherwise noted, were returned to the submitting agency. Exhibits not assigned an Item identifier were not tested at this time. Some Items may have been repackaged during analysis.

Unless otherwise specified in the body of this laboratory report, individual weights reported in grams are ± 0.04 gram for weights less than or equal to 400 grams and ± 0.22 gram for weights greater than 400 grams.  Weights reported in kilograms are ± 0.01 kilogram. All ± values are at a confidence interval of 95.45%.

Scientist: _____

          Lana J. Goodson
          Forensic Scientist

*This report shall not be reproduced except in full, without the written approval of the Regional Forensic Science Center.*
**An ANAB 17025:2017 Forensic Science Testing Accredited Laboratory**
LG        www.sedgwickcounty.org/forensic-science        Page 2 of 2