# ATTACHMENT C

# Lana Goodson

1109 N. Minneapolis | Wichita, KS 67214 | Phone: (316)660-4800
Email: lana.goodson@sedgwick.gov

**COURT TESTIMONY LOG**

| Year | Date | Lab # | Court | Prosecutor |
|---|---|---|---|---|
| 2022 | 01-21-22 | 21-01660 | District | Shauna Leslie |
| | 02-22/02-23-22 | 21-00481 | District | Sharon Barnett |
| | 03-02-22 | 19-00829 | Federal | Katie Andrusak |
| | 03-22-22 | 20-02066 | District | Josh Wright |
| | 07-25-22 | 21-00888 | District | Moriah Plowden |
| | 09-09-22 | 22-01763 | District | Jason Roach |
| 2023 | 03-09-23 | 21-00194 | District | Shauna Leslie |
| | 04-25-23 | 20-01788 | District | Mike Phillips |
| | 11-08-23 | 20-00844 | District | Alice Osburn |
| 2024 | 08-14-24 | 23-02261 | District | Robert Short |
| | 09-11-24 | 21-01538 | District | Daniel Vigilius |
| | 09-17-24 | 22-00494 | District | Mandee Schauf |
| | 12-11-24 | 22-1054 | District | Staci Lane |
| 2025 | 01-30-25 | 24-00456 | Park City | Joy Williams |
| | 05-27-25 | 23-02261 | District | Dan Wells |
| | 07-10-25 | 22-00878 | Federal | Molly Gordon/Lanny Welch |
| | 12-15-25 | 22-02691 | District | Kristen Stinnett |